UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Howard G. Jackson, | File No. 19-cv-01255 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Bradley M. Schaeppi Law Office PLLP, | |
| Defendant. | |

---

The Court has received the June 20, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 3. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. The above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. Plaintiff Howard G. Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED** as **MOOT**.

Dated: July 9, 2019   s/ Eric C. Tostrud
　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　United States District Court